IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ANTONIO GALLO, | :  Bankruptcy No. 23-12306-PMM |
| | : |
| Debtor. | :  Chapter 13 |

### **ORDER OF COURT**

AND NOW, this __15th__ day of _____August_____, 2023, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED that the Debtor's deadline for filing the Chapter 13 Plan and Statement of Current Monthly Income Form 122 are extended until August 25, 2023.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer