

NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/02/2023 |
| Period End Date | 07/08/2023 |
| Pay Date | 07/14/2023 |
| Document | 2642451 |
| **Net Pay** | **$1,565.23** |

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | | | $186.00 | $740.00 |
| Regular Pay | | | 0.0000 | | $1,074.96 | $24,956.72 |
| Safety Qtr BNS | 07/02/2023 | 07/08/2023 | | | $250.00 | $750.00 |
| Vacation | | | 0.0000 | $0.0000 | $0.00 | $1,950.39 |
| YRLY Safety BNS | 07/02/2023 | 07/08/2023 | | | $700.00 | $700.00 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $446.42 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $877.50 | $51.25 | $1,332.50 |
| Term Life Ins | No | $9.97 | $289.13 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $33.93 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $62.40 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $2.13 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $9.42 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $325.84 | $2,736.11 |
| Employee Medicare | $31.29 | $401.81 |
| Social Security Employee Tax | $133.77 | $1,718.07 |
| PA State Income Tax | $66.24 | $850.73 |
| UPPER MACUNGIE | $21.58 | $277.14 |
| UPPER MACUNGIE TWP | $0.90 | $25.20 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.80 |
| PA Unemployment Employee | $1.55 | $20.33 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -28.9420 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3476 | Checking | $1,565.23 |
| Total | | $1,565.23 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $2,210.96 | | $581.27 | $64.46 | **$1,565.23** | $2,157.64 |
| YTD | $29,097.11 | | $6,032.19 | $1,709.38 | $21,355.54 | $27,710.79 |

vsn 20180801



**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/25/2023 |
| Period End Date | 07/01/2023 |
| Pay Date | 07/07/2023 |
| Document | 2638116 |
| **Net Pay** | **$887.71** |

NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $554.00 |
| Regular Pay | 0.0000 | | $1,187.66 | $23,881.76 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $429.25 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $843.75 | $51.25 | $1,281.25 |
| Term Life Ins | No | $9.97 | $279.16 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $32.76 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $60.00 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $2.05 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $9.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $100.72 | $2,410.27 |
| Employee Medicare | $16.45 | $370.52 |
| Social Security Employee Tax | $70.33 | $1,584.30 |
| PA State Income Tax | $34.82 | $784.49 |
| UPPER MACUNGIE | $11.34 | $255.56 |
| UPPER MACUNGIE TWP | $0.90 | $24.30 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.70 |
| PA Unemployment Employee | $0.83 | $18.78 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -30.4800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $177.54 |
| xxxxxx1683 | Checking | $710.17 |
| Total | | $887.71 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,187.66 | | $235.49 | $64.46 | **$887.71** | $1,134.34 |
| YTD | $26,886.15 | | $5,450.92 | $1,644.92 | $19,790.31 | $25,553.15 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/18/2023 |
| Period End Date | 06/24/2023 |
| Pay Date | 06/30/2023 |
| Document | 2632929 |
| **Net Pay** | **$1,013.95** |

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $554.00 |
| Regular Pay | 0.0000 | | $1,324.97 | $22,694.10 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |
| **Total Hours** | **0.0000** | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $412.08 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $810.00 | $0.00 | $1,230.00 |
| Term Life Ins | No | $9.97 | $269.19 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $31.59 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $57.60 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.97 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $8.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $142.66 | $2,309.55 |
| Employee Medicare | $19.21 | $354.07 |
| Social Security Employee Tax | $82.15 | $1,513.97 |
| PA State Income Tax | $40.68 | $749.67 |
| UPPER MACUNGIE | $13.25 | $244.22 |
| UPPER MACUNGIE TWP | $0.90 | $23.40 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.60 |
| PA Unemployment Employee | $0.93 | $17.95 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -32.0180 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $202.79 |
| xxxxxx1683 | Checking | $811.16 |
| Total | | $1,013.95 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,324.97 | | $299.88 | $11.14 | **$1,013.95** | $1,324.97 |
| YTD | $25,698.49 | | $5,215.43 | $1,580.46 | $18,902.60 | $24,418.81 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/11/2023 |
| Period End Date | 06/17/2023 |
| Pay Date | 06/23/2023 |
| Document | 2628574 |
| **Net Pay** | **$1,022.98** |

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $554.00 |
| Regular Pay | 0.0000 | | $1,391.98 | $21,369.13 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $412.08 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $810.00 | $51.25 | $1,230.00 |
| Term Life Ins | No | $9.97 | $259.22 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $30.42 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $57.60 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.89 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $8.34 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $145.67 | $2,166.89 |
| Employee Medicare | $19.41 | $334.86 |
| Social Security Employee Tax | $83.00 | $1,431.82 |
| PA State Income Tax | $41.10 | $708.99 |
| UPPER MACUNGIE | $13.39 | $230.97 |
| UPPER MACUNGIE TWP | $0.90 | $22.50 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.50 |
| PA Unemployment Employee | $0.97 | $17.02 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -33.5560 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $204.60 |
| xxxxxx1683 | Checking | $818.38 |
| Total | | $1,022.98 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,391.98 | | $304.54 | $64.46 | **$1,022.98** | $1,338.66 |
| YTD | $24,373.52 | | $4,915.55 | $1,569.32 | $17,888.65 | $23,093.84 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

Period Start Date   06/04/2023
Period End Date    06/10/2023
Pay Date           06/16/2023
Document           2623384

**Net Pay    $991.05**

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $554.00 |
| Regular Pay | 0.0000 | | $1,343.74 | $19,977.15 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $394.91 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $776.25 | $51.25 | $1,178.75 |
| Term Life Ins | No | $9.97 | $249.25 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $29.25 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $55.20 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.81 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $7.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $135.06 | $2,021.22 |
| Employee Medicare | $18.71 | $315.45 |
| Social Security Employee Tax | $80.00 | $1,348.82 |
| PA State Income Tax | $39.62 | $667.89 |
| UPPER MACUNGIE | $12.90 | $217.58 |
| UPPER MACUNGIE TWP | $0.90 | $21.60 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.40 |
| PA Unemployment Employee | $0.94 | $16.05 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -35.0940 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $198.21 |
| xxxxxx1683 | Checking | $792.84 |
| Total | | $991.05 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,343.74 | | $288.23 | $64.46 | **$991.05** | $1,290.42 |
| YTD | $22,981.54 | | $4,611.01 | $1,504.86 | $16,865.67 | $21,755.18 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/28/2023 |
| Period End Date | 06/03/2023 |
| Pay Date | 06/09/2023 |
| Document | 2619030 |

**Net Pay**    **$1,036.95**

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | | | $186.00 | $554.00 |
| Regular Pay | 0.0000 | | $1,227.10 | $18,633.41 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours**  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $377.74 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $742.50 | $51.25 | $1,127.50 |
| Term Life Ins | No | $9.97 | $239.28 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $28.08 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $52.80 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.73 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $7.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.32 | $1,886.16 |
| Employee Medicare | $19.72 | $296.74 |
| Social Security Employee Tax | $84.31 | $1,268.82 |
| PA State Income Tax | $41.75 | $628.27 |
| UPPER MACUNGIE | $13.60 | $204.68 |
| UPPER MACUNGIE TWP | $0.90 | $20.70 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.30 |
| PA Unemployment Employee | $0.99 | $15.11 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -36.6320 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $207.39 |
| xxxxxx1683 | Checking | $829.56 |
| Total | | $1,036.95 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,413.10 | | $311.69 | $64.46 | **$1,036.95** | $1,359.78 |
| YTD | $21,637.80 | | $4,322.78 | $1,440.40 | $15,874.62 | $20,464.76 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/21/2023 |
| Period End Date | 05/27/2023 |
| Pay Date | 06/02/2023 |
| Document | 2613808 |
| **Net Pay** | **$978.60** |

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $368.00 |
| Regular Pay | 0.0000 | | $1,324.95 | $17,406.31 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $360.57 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $708.75 | $51.25 | $1,076.25 |
| Term Life Ins | No | $9.97 | $229.31 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $26.91 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $50.40 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.65 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $7.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $130.92 | $1,735.84 |
| Employee Medicare | $18.44 | $277.02 |
| Social Security Employee Tax | $78.84 | $1,184.51 |
| PA State Income Tax | $39.04 | $586.52 |
| UPPER MACUNGIE | $12.72 | $191.08 |
| UPPER MACUNGIE TWP | $0.90 | $19.80 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.20 |
| PA Unemployment Employee | $0.93 | $14.12 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -38.1700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $195.72 |
| xxxxxx1683 | Checking | $782.88 |
| Total | | $978.60 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,324.95 | | $281.89 | $64.46 | **$978.60** | $1,271.63 |
| YTD | $20,224.70 | | $4,011.09 | $1,375.94 | $14,837.67 | $19,104.98 |

vsn 20180801



NFI Interactive Logistics LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/14/2023 |
| Period End Date | 05/20/2023 |
| Pay Date | 05/26/2023 |
| Document | 2609435 |

**Net Pay    $807.98**

## Pay Details

**ANTONIO GALLO**
84 WILLOW RIDGE
NEW HOLLAND, PA 17557
USA



## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $368.00 |
| Regular Pay | 0.0000 | | $1,082.01 | $16,081.36 |
| Safety Qtr BNS | 0.0000 | $0.0000 | $0.00 | $500.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,950.39 |

**Total Hours** 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $17.17 | $343.40 | $0.00 | $0.00 |
| Medical | Yes | $33.75 | $675.00 | $51.25 | $1,025.00 |
| Term Life Ins | No | $9.97 | $219.34 | $0.00 | $0.00 |
| Term Life Spous | No | $1.17 | $25.74 | $0.00 | $0.00 |
| Vision | Yes | $2.40 | $48.00 | $0.00 | $0.00 |
| ADD | No | $0.00 | $0.00 | $0.08 | $1.57 |
| Life Ins | No | $0.00 | $0.00 | $0.36 | $6.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $87.25 | $1,604.92 |
| Employee Medicare | $14.91 | $258.58 |
| Social Security Employee Tax | $63.78 | $1,105.67 |
| PA State Income Tax | $31.58 | $547.48 |
| UPPER MACUNGIE | $10.29 | $178.36 |
| UPPER MACUNGIE TWP | $0.90 | $18.90 |
| PARKLAND SD-UPPER MACUNGIE TWP | $0.10 | $2.10 |
| PA Unemployment Employee | $0.76 | $13.19 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 76.0000 | 1.5380 | -39.7080 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2368 | Checking | $161.60 |
| xxxxxx1683 | Checking | $646.38 |
| Total | | $807.98 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,082.01 | | $209.57 | $64.46 | **$807.98** | $1,028.69 |
| YTD | $18,899.75 | | $3,729.20 | $1,311.48 | $13,859.07 | $17,833.35 |

vsn 20180801