UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Antonio Gallo<br><br>            Debtor | Chapter 13<br>Bankruptcy No.23-12306-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of December, 2023, by first class mail upon those listed below:

Antonio Gallo
84 Willow Ridge
New Holland, PA  17557

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, STE 3
BLANDON, PA  19510

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee