United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Antonio Gallo  
    Debtor

Case No. 23-12306-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 27, 2024      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antonio Gallo, 84 Willow Ridge, New Holland, PA 17557-1428 |
| 14803999 | + | Member's 1st Financial FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14804000 | | Mortgage 1520 Mineral Street, 1520 Mineral Street, Reading, PA 19602 |
| 14804001 | + | Mortgage 84 Willow, 84 Willow Ridge, New Holland, PA 17557-1428 |
| 14805440 | + | PENNYMAC LOAN SERVICES, LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14803993 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:58:00 | Bank of America, POB 982235, El Paso, TX 79998 |
| 14821234 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14803994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14803995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14803996 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14806472 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14803997 | + | Email/Text: bankruptcy@fultonbank.com | Jun 27 2024 23:59:00 | Fulton Bank, One Penn Square, Lancaster, PA, PA 17602-2853 |
| 14815476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14803998 | | Email/Text: unger@members1st.org | Jun 27 2024 23:59:00 | MEMBERS 1ST FCU, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 14816283 | + | Email/Text: Unger@Members1st.org | Jun 27 2024 23:58:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14816154 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14805364 | ^ | MEBN | Jun 27 2024 23:58:03 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14815822 | + Email/PDF: ebnotices@pnmac.com | Jun 28 2024 00:07:57 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14805441 | ^ MEBN | Jun 27 2024 23:58:11 | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14808658 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 23:59:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14804002 | + Email/Text: DeftBkr@santander.us | Jun 27 2024 23:58:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 14820862 | + Email/Text: DeftBkr@santander.us | Jun 27 2024 23:58:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14817971 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 27 2024 23:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14804003 | + Email/Text: bankruptcynotices@sba.gov | Jun 27 2024 23:58:00 | US Small Business Admin, 409 3rd Street, SW, Washington, DC 20416-0005 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

**Name**  **Email Address**

DANIEL P. JONES
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
on behalf of Debtor Antonio Gallo steve@sottolaw.com
valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEVEN K. EISENBERG
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 27, 2024 | Form ID: 155 | Total Noticed: 25 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Antonio Gallo<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12306−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 27, 2024                                                                                  For The Court

                                                                                                                       Patricia M. Mayer<br>
                                                                                                                       Judge, United States Bankruptcy Court