| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12306-PMM**

Antonio Gallo
84 Willow Ridge
New Holland  PA   17557

Petition Filed Date: 07/31/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 06/27/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | $1,319.00 | | 10/12/2023 | $1,319.00 | | 11/14/2023 | $1,319.00 | |
| 12/18/2023 | $1,319.00 | | 01/16/2024 | $1,319.00 | | 02/09/2024 | $1,319.00 | |
| 03/11/2024 | $1,319.00 | | 04/15/2024 | $1,320.00 | | 05/20/2024 | $1,320.00 | |
| 06/11/2024 | $1,319.00 | | 07/19/2024 | $1,319.00 | | | | |

**Total Receipts for the Period: $14,511.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,830.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,911.94 | $612.79 | $5,299.15 |
| 2 | ROCKET MORTGAGE LLC »» 002 | Mortgage Arrears | $1,566.61 | $1,566.61 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $2,723.49 | $282.30 | $2,441.19 |
| 4 | PENNYMAC LOAN SERVICES LLC »» 004 | Mortgage Arrears | $1,423.62 | $1,423.62 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $12,313.31 | $1,276.30 | $11,037.01 |
| 6 | MEMBERS 1ST FCU »» 006 | Unsecured Creditors | $9,987.26 | $1,035.21 | $8,952.05 |
| 7 | MEMBERS 1ST FCU »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US BANK NA »» 008 | Unsecured Creditors | $17,481.24 | $1,811.97 | $15,669.27 |
| 9 | SANTANDER BANK NA »» 009 | Unsecured Creditors | $8,523.42 | $883.48 | $7,639.94 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $749.68 | $63.20 | $686.48 |
| 11 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $3,647.85 | $378.11 | $3,269.74 |
| 12 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | US SMALL BUSINESS ADMINISTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12306-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,830.00 | Current Monthly Payment: | $1,302.00 |
| Paid to Claims: | $13,058.59 | Arrearages: | ($2,673.00) |
| Paid to Trustee: | $1,569.81 | Total Plan Base: | $75,653.00 |
| Funds on Hand: | $1,201.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.