| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-12306-PMM

Antonio Gallo
84 Willow Ridge
New Holland  PA    17557

Petition Filed Date: 07/31/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 06/27/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $1,319.00 | | 09/30/2024 | $1,320.00 | | 10/29/2024 | $1,319.00 | |
| 12/06/2024 | $1,319.00 | | 01/07/2025 | $1,319.00 | | 02/07/2025 | $1,319.00 | |
| 03/07/2025 | $1,320.00 | | 04/07/2025 | $1,319.00 | | 05/07/2025 | $1,320.00 | |
| 06/09/2025 | $1,350.00 | | 07/11/2025 | $1,320.00 | | | | |

**Total Receipts for the Period: $14,544.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,911.94 | $2,026.76 | $3,885.18 |
| 2 | ROCKET MORTGAGE LLC »» 002 | Mortgage Arrears | $1,566.61 | $1,566.61 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $2,723.49 | $933.67 | $1,789.82 |
| 4 | PENNYMAC LOAN SERVICES LLC »» 004 | Mortgage Arrears | $1,423.62 | $1,423.62 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $12,313.31 | $4,221.26 | $8,092.05 |
| 6 | MEMBERS 1ST FCU »» 006 | Unsecured Creditors | $9,987.26 | $3,423.86 | $6,563.40 |
| 7 | MEMBERS 1ST FCU »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US BANK NA »» 008 | Unsecured Creditors | $17,481.24 | $5,992.97 | $11,488.27 |
| 9 | SANTANDER BANK NA »» 009 | Unsecured Creditors | $8,523.42 | $2,922.03 | $5,601.39 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $749.68 | $257.01 | $492.67 |
| 11 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $3,647.85 | $1,250.55 | $2,397.30 |
| 12 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | US SMALL BUSINESS ADMINISTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12306-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,405.00 | Current Monthly Payment: | $1,302.00 |
| Paid to Claims: | $27,743.34 | Arrearages: | ($1,624.00) |
| Paid to Trustee: | $2,661.65 | Total Plan Base: | $75,653.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.