UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Antonio Gallo | Case No.: 23-12306 |
| | Adversary No.: ___-____ |
| | Chapter: 13 |
| Debtor | Judge: Patricia M Mayer |

### CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/06/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
**Antonio Gallo**

Chapter #13  
Case No. 23-12306  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 6, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 6th day of December 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
10 Commons Boulevard  
MC: PA-WYO-CP3  
Reading, PA 1960  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Antonio Gallo  
84 Willow Ridge  
New Holland, PA 17557

VIA ECF  
Scott F Waterman  
2901 St. Lawrence Ave., Suite 100  
Reading, PA 19606

Stephen McCoy Otto  
steve@sottolaw.com