Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Antonio Gallo
84 Willow Ridge
New Holland, PA 17557

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-12306-PMM**

Petition Filed Date: 07/31/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 06/27/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $1,350.00 | | 09/09/2025 | $1,320.00 | | 10/16/2025 | $1,320.00 | |
| 11/10/2025 | $1,320.00 | | 12/12/2025 | $1,320.00 | | 01/12/2026 | $1,320.00 | |
| 02/10/2026 | $1,319.00 | | 03/10/2026 | $1,350.00 | | 04/15/2026 | $1,330.00 | |
| 05/11/2026 | $1,330.00 | | 06/12/2026 | $1,320.00 | | 07/13/2026 | $1,320.00 | |

**Total Receipts for the Period: $15,919.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $46,294.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,911.94 | $3,443.08 | $2,468.86 |
| 2 | ROCKET MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $1,566.61 | $1,566.61 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,723.49 | $1,586.16 | $1,137.33 |
| 4 | PENNYMAC LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $1,423.62 | $1,423.62 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $12,313.31 | $7,171.13 | $5,142.18 |
| 6 | MEMBERS 1ST FCU<br>»» 006 | Unsecured Creditors | $9,987.26 | $5,816.49 | $4,170.77 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $17,481.24 | $10,180.90 | $7,300.34 |
| 9 | SANTANDER BANK NA<br>»» 009 | Unsecured Creditors | $8,523.42 | $4,963.95 | $3,559.47 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $749.68 | $421.71 | $327.97 |
| 11 | BANK OF AMERICA NA<br>»» 011 | Unsecured Creditors | $3,647.85 | $2,124.48 | $1,523.37 |
| 12 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12306-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | US SMALL BUSINESS ADMINISTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,294.00 | Current Monthly Payment: | $1,302.00 |
| Paid to Claims: | $42,423.13 | Arrearages: | ($1,889.00) |
| Paid to Trustee: | $3,855.99 | Total Plan Base: | $75,653.00 |
| Funds on Hand: | $14.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.