**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Antonio Gallo<br>Debtor<br><br>Pennymac Loan Services, LLC, or its Successor or Assignee<br>Movant<br>vs.<br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Antonio Gallo<br>Respondents | Chapter 13<br>Bankruptcy No. 23-12306 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for Pennymac Loan Services, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: October 1, 2026

Antonio Gallo
84 Willow Ridge
New Holland, PA 17557

Stephen Mccoy Otto
Law Office of Stephen M. Otto, LLC
109 E Main Street
Somerset, PA 15501

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Pennymac Loan Services, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com