**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Antonio Gallo |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN   District of PA (State) |
| Case number | 23-12306-pmm |

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennymac Loan Services, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8551

**Date of payment change:**
Must be at least 21 days after date of this notice     08 / 01 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*     $ 1,283.32

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 604.08     New escrow payment: $ 638.86

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%     New interest rate: _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No

☐ Yes

Current HELOC payment: $_____

Reconciliation amount: + $_____ or
- $_____

Debtor 1 ___Antonio Gallo_____    Case number (*if known*) __23-12306-pmm_____
First Name    Middle Name    Last Name

---

| | | |
|---|---|---|
| **Amount of next payment (including reconciliation amount)** | | $_____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | | $_____ |

| **Part 4:** | **Other Payment Change** |
|---|---|

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____        New mortgage payment: $ _____

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ ___/s/ Andrew M. Lubin_____    Date  07/08/26  ___/___/_____
Signature

Print: ___Andrew M. Lubin_____    Title ___Attorney for creditor_____
First Name    Middle Name    Last Name

Company ___McCabe, Weisberg & Conway, LLC_____

Address ___1420 Walnut Street, Suite 1501_____
Number    Street

___Philadelphia, PA 19102_____
City    State    ZIP Code

Contact phone ( 215 )790 – 1010 _____    Email ecfmail@mccabeesq.com_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Antonio Gallo<br><br>              Debtor<br><br>Pennymac Loan Services, LLC, or its Successor or Assignee<br>              Movant<br>     vs.<br><br>SCOTT F. WATERMAN, Trustee<br>Antonio Gallo<br> Respondent(s) | Chapter 13<br>Bankruptcy No. 23-12306-pmm |

### CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Andrew M. Lubin, attorney for Pennymac Loan Services, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:    07/08/26

| | | |
|---|---|---|
| Antonio Gallo<br>84 Willow Ridge<br>New Holland, PA 17557<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | STEPHEN MCCOY OTTO<br>Law Office of Stephen M. Otto, LLC<br>109 E Main Street<br>Somerset, PA 15501<br>Attorney for Debtor | SCOTT F. WATERMAN<br>[Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Pennymac Loan Services, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com

**1 de 6**

# PENNYMAC®

P.O. Box 514387
Los Angeles, CA 900514387

ANTONIO  GALLO
84 WILLOW RDG
NEW HOLLAND, PA 17557-1428

## Declaración de Divulgación de la Cuenta de Garantía

**Fecha del Estado de Cuenta:** June 2, 2026
**Número de Présta**

**Dirección de la Propiedad:**
1520 MINERAL SPRING RD
READING PA 19602

**¿Tiene Preguntas?** Visite nuestra página web en
**PENNYMAC.COM**
800.777.4001 (Se Habla Español)
L - V: 5:00AM - 6:00PM PT
SA: 7:00AM - 11:00AM PT

## Revisión Anual de la Cuenta de Garantía

Al menos una vez al año, Pennymac Loan Services, LLC ("Pennymac") revisa su cuenta de depósito en garantía para asegurarse de que hay dinero suficiente para pagar los impuestos sobre la propiedad o las primas de seguro. Este extracto le informa de cualquier ajuste en su pago mensual, le muestra cuánto dinero tiene actualmente en su cuenta de depósito en garantía y cuánto necesitará en los próximos 12 meses.

También puede encontrar información detallada sobre los cambios de pago de depósito en garantía iniciando sesión en su portal de cliente en PENNYMAC.COM, navegando hasta el Centro de Depósito en Garantía, y luego hasta la herramienta de Cambio de Pago de Análisis de Depósito en Garantía.

## Nuevo Pago de su Hipoteca

Durante el próximo año, se proyecta que el saldo de su cuenta de depósito en garantía tenga un déficit y o un pago de reserva de depósito en garantía (lo que significa que no hay fondos suficientes para pagar sus impuestos o seguros a su vencimiento).  Para más información, consulte la sección Déficit de depósito en garantía o Reserva en las siguientes paginas para más detalles.

| Descripción | Monto del Pago Mensual Actual | Monto del Pago Mensual Nuevo con Déficit Repartido en 12 Meses |
|---|---|---|
| Monto del Préstamo e Intereses | $644.46 | $644.46 |
| Pago Para la Cuenta de Depósito en Garantía | $581.46 | $603.64 |
| Pago de la Reserva en Garantía | $22.62 | $35.22 |
| Monto total de pago | $1,248.54 | $1,283.32 |

Comience a realizar el 'Nuevo pago mensual' en August 1, 2026.  Los pagos que venzan antes de esta fecha deberán efectuarse por el Monto de Pago Mensual Actual indicado.

## Actividad Proyectada de la Cuenta de Garantía

Durante el próximo año, Pennymac espera pagar $7,243.73 de su cuenta de depósito en garantía. Su nuevo pago mensual de depósito en garantía es $603.64.

| Descripción del Producto en Garantía | Monto Anual | | Monto Mensual |
|---|---|---|---|
| Impuestos del condado: | $2,539.68 | | |
| Impuestos escolares: | $1,613.05 | | |
| Seguro hipotecario: | $1,401.00 | | |
| Sgro. contra riesgos: | $1,690.00 | | |
| Pago total desde la Cuenta de Garantía: | $7,243.73 | ÷ 12 = | $603.64 |

## Actividad Proyectada de la Cuenta de Garantía (Continuación)

A continuación se muestra una proyección de la actividad de la cuenta de depósito en garantía desde August 01, 2026 hasta July 31, 2027. Estos montos pueden cambiar cuando se hagan efectivos los pagos.

| Mes | Depósito(s) a la Cuenta de Garantía | Pago(s) de la Cuenta de Garantía | Descripción | Saldo Proyectado |
|---|---|---|---|---|
| Saldo Inicial de la Cuenta de Garantía | | | | $2,011.76 |
| Ago 2026 | $603.64 | $0.00 | | $2,615.40 |
| Ago 2026 | $0.00 | $116.75 | PRH/SHP | $2,498.65 |
| Sep 2026 | $603.64 | $0.00 | | $3,102.29 |
| Sep 2026 | $0.00 | $1,613.05 | Impuestos escolares | $1,489.24 |
| Sep 2026 | $0.00 | $116.75 | PRH/SHP | $1,372.49 |
| Oct 2026 | $603.64 | $0.00 | | $1,976.13 |
| Oct 2026 | $0.00 | $116.75 | PRH/SHP | $1,859.38 |
| Nov 2026 | $603.64 | $0.00 | | $2,463.02 |
| Nov 2026 | $0.00 | $116.75 | PRH/SHP | $2,346.27 |
| Dic 2026 | $603.64 | $0.00 | | $2,949.91 |
| Dic 2026 | $0.00 | $116.75 | PRH/SHP | $2,833.16 |
| Ene 2027 | $603.64 | $0.00 | | $3,436.80 |
| Ene 2027 | $0.00 | $116.75 | PRH/SHP | $3,320.05 |
| Feb 2027 | $603.64 | $0.00 | | $3,923.69 |
| Feb 2027 | $0.00 | $116.75 | PRH/SHP | $3,806.94 |
| Feb 2027 | $0.00 | $1,690.00 | Incendios y cobertura extendida | $2,116.94 |
| Mar 2027 | $603.64 | $0.00 | | $2,720.58 |
| Mar 2027 | $0.00 | $116.75 | PRH/SHP | $2,603.83 |
| Abr 2027 | $603.64 | $0.00 | | $3,207.47 |
| Abr 2027 | $0.00 | $2,539.68 | Impuestos del condado | $667.79 |
| Abr 2027 | $0.00 | $116.75 | PRH/SHP | $551.04 [1] |
| May 2027 | $603.64 | $0.00 | | $1,154.68 |
| May 2027 | $0.00 | $116.75 | PRH/SHP | $1,037.93 |
| Jun 2027 | $603.64 | $0.00 | | $1,641.57 |
| Jun 2027 | $0.00 | $116.75 | PRH/SHP | $1,524.82 |
| Jul 2027 | $603.64 | $0.00 | | $2,128.46 |
| Jul 2027 | $0.00 | $116.75 | PRH/SHP | $2,011.71 |
| Saldo Final de la Cuenta de Garantía | | | | $2,011.71 |
| Totales | $7,243.68 | $7,243.73 | | |

[1] Saldo proyectado más bajo.

**3 de 6**

## Su Déficit o Reserva de Depósito en Garantía

Según la actividad proyectada anteriormente, nuestra revisión muestra que usted tiene un saldo requerido  adicional de $422.74 para satisfacer la reserva. Consulte el saldo proyectado más bajo en la tabla anterior para saber cuándo se producirá.

| | |
|---|---|
| Saldo Proyectado Más Bajo | $551.04 |
| Saldo mínimo requerido | $973.78 |
| Déficit o Reserva de Depósito en Garantía | $422.74 |

ennymac requiere un saldo mínimo de hasta una sexta parte de los pagos anuales totales estimados de su cuenta de arantía, a menos que la ley estatal o su contrato hipotecario requieran menos para ayudar a cubrir cualquier umento inesperado de impuestos o seguros. El saldo mínimo exigido no incluye el seguro hipotecario.

## Historial de la Cuenta de Depósito en Garantía

A continuación se muestra el estado de actividad de su cuenta de depósito en garantía desde el August 01, 2025 hasta el July 31, 2026.

El año pasado, anticipamos que los pagos de su cuenta se realizarían durante este periodo por un valor igual a $6,977.57. Su saldo mensual más bajo no debe haber superado $920.30, o 1/6 de los pagos anticipados de la cuenta, a menos que su contrato hipotecario o la ley estatal especifique un monto inferior.

La siguiente tabla muestra el historial de cuentas Proyectado y Real para el periodo anterior de la cuenta de depósito en garantía.

| Mes | Depósito(s) a la Cuenta de Garantía | | Pago(s) de la Cuenta de Garantía | | Descripción | Saldo de la Cuenta de Garantía | |
|---|---|---|---|---|---|---|---|
| | Proyectado | Real | Proyectado | Real | | Proyectado | Real |
| **Saldo Inicial de la Cuenta de Garantía** | | | | | | $2,029.33 | $1,228.42 |
| Ago 2025 | $604.08 | $582.15 * | $121.31 | $121.31 | PRH/SHP | $2,512.10 | $1,689.26 |
| Sep 2025 | $604.08 | $604.08 | $1,613.05 | $1,613.05 | Impuestos escolares | $1,503.13 | $680.29 |
| Sep 2025 | $0.00 | $0.00 | $121.31 | $121.31 | PRH/SHP | $1,381.82 | $558.98 |
| Oct 2025 | $604.08 | $0.00 * | $121.31 | $121.31 | PRH/SHP | $1,864.59 | $437.67 |
| Nov 2025 | $604.08 | $604.08 | $121.31 | $121.31 | PRH/SHP | $2,347.36 | $920.44 |
| Nov 2025 | $0.00 | $604.08 * | $0.00 | $0.00 | | $2,347.36 | $1,524.52 |
| Dic 2025 | $604.08 | $604.08 | $121.31 | $121.31 | PRH/SHP | $2,830.13 | $2,007.29 |
| Ene 2026 | $604.08 | $0.00 * | $121.31 | $116.75 * | PRH/SHP | $3,312.90 | $1,890.54 |
| Ene 2026 | $0.00 | $0.00 | $0.00 | $1,690.00 * | Sgro. contra riesgos | $3,312.90 | $200.54 |
| Feb 2026 | $604.08 | $604.08 | $1,467.00 | $0.00 * | Incendios y cobertura extendida | $2,449.98 | $804.62 |
| Feb 2026 | $0.00 | $604.08 * | $121.31 | $116.75 * | PRH/SHP | $2,328.67 | $1,291.95 |
| Mar 2026 | $604.08 | $604.08 | $121.31 | $116.75 * | PRH/SHP | $2,811.44 | $1,779.28 |
| Abr 2026 | $604.08 | $0.00 * | $2,441.80 | $2,539.68 * | Impuestos del condado | $973.72 | ($760.40) |
| Abr 2026 | $0.00 | $0.00 | $121.31 | $116.75 * | PRH/SHP | $852.41 | ($877.15)[2] |
| May 2026 | $604.08 | $604.08 | $121.31 | $116.75 * | PRH/SHP | $1,335.18 | ($389.82) |
| May 2026 | $0.00 | $604.08 * | $0.00 | $0.00 | | $1,335.18 | $214.26 |
| Jun 2026 | $604.08 | $0.00 * | $121.31 | $0.00 * | PRH/SHP | $1,817.95 | $214.26 |
| Jul 2026 | $604.08 | $2,031.00 *E | $121.31 | $233.50 *E | PRH/SHP | $2,300.72 | $2,011.76 |
| **Saldo Final de la Cuenta de Garantía** | | | | | | $2,300.72 | $2,011.76 |
| **Totales** | $7,248.96 | $8,049.87 | $6,977.57 | $7,266.53 | | | |

[2] Saldo real más bajo.
Un asterisco '*' junto a un monto indica una diferencia de la actividad proyectada, ya sea en el monto o en la fecha.
La letra 'E' junto a un monto indica que el pago aún no se ha realizado, pero se estima que se realizará según lo indicado.
En el momento del análisis, Pennymac asume que usted realizará todos los pagos hipotecarios programados antes de la fecha efectiva de su nuevo pago (indicada en la sección anterior de Actividad Proyectada de la Cuenta de Depósito en Garantía).

## Otra Información Importante

**Cómo Ponerse en Contacto con Nosotros**

✉ PENNYMAC.COM
Disponible las 24 horas del día, los 7 días de la semana, en todos sus dispositivos:
PC, tableta y móvil.
*El sitio web y las declaraciones están disponibles en español.*
**¡Deje de utilizar papel hoy!**

📞 Servicio de Atención al Cliente de Pennymac:
800.777.4001
L - V: 5:00AM - 6:00PM PT
SA: 7:00AM - 11:00AM PT

✉ Pennymac Loan Services, LLC
Attn: Correspondence Unit
P.O. Box 514387
Los Angeles, CA 90051-4387

---

**Cómo Efectuar un Pago**

**Pago-Automático*:** Inscríbase en Auto-Pay (Pago Automático), en nuestro sitio web, para establecer pagos recurrentes desde la cuenta bancaria de su elección.
**Pague en Línea:** Realice un pago único en nuestro sitio web.

**Pague-por-Teléfono:** 800.777.4001
*(Se aplicarán las tarifas correspondientes)*
**Western Union:**
Código de Ciudad: Pennymac
Páguese a: Pennymac
Código de estado:
Número de identificación: *Ingrese el número de préstamo*

**Cheque **:** Enviar por correo a Pennymac:
**Dirección Estándar:** P.O. Box 660929 Dallas, TX 75266-0929
**Dirección para entregas nocturnas:**
Attn: Lockbox Operations
20500 Belshaw Ave.
Carson, CA 90746

---

**Impuestos y Seguros Información**

**Facturas de Impuestos de la Propiedad:**
Si recibe una factura de impuestos, no tiene que hacer nada.
(**Tenga en cuenta:** Las facturas por impuestos complementarios/adicionales son responsabilidad del propietario de vivienda; Pennymac las pagará, bajo solicitud, con la cuenta de depósito en garantía).

**Preguntas Generales sobre Seguros:** 866.318.0208
**Información sobre el Seguro:** Cada vez que haya un cambio en su póliza de seguro, proporcione a su compañía aseguradora lo siguiente:
**Mortgagee Clause:**
PennyMac Loan Services, LLC
Its Successors and/or Assigns
P.O. Box 6618
Springfield, OH 45501 6618

---

**Informes de Crédito Información**

De conformidad con lo que exige la ley, por la presente se le notifica que Pennymac puede enviar un informe de crédito negativo que se refleje en su historial crediticio a una agencia de informes de crédito si no cumple con alguno de los términos de su obligación crediticia.

---

**Información Importante para el Consumidor**

El presente es un intento de un recaudador de deudas para cobrar una deuda, y cualquier información obtenida será utilizada para ese propósito. Sin embargo, si su cuenta está sujeta a procedimientos de quiebra pendientes o recibió la eliminación de la deuda por quiebra, este extracto es solo para fines informativos y no es un intento de recaudar una deuda personalmente contra usted.

---

**Solicitudes de ajuste de pagos anteriores:** Para solicitar que los fondos de un pago anterior se apliquen de forma diferente, **debe** notificarlo a Pennymac dentro de los 90 días siguientes a la transacción original. Transcurridos 90 días, solo cambiaremos la aplicación de los fondos si la transacción se aplicó en contra de sus instrucciones documentadas.

*Si está inscrito en un programa de Pago Automático de Pennymac y ha recibido una notificación de cambio de monto de pago, el nuevo monto del pago se girará en la fecha de giro programada. (El monto de reducción de saldo del préstamo no cambiará). Si paga mediante el pago de facturas en línea, actualice el monto del pago con su institución financiera para garantizar el procesamiento oportuno de su pago.*

** Cuando paga con un cheque, autoriza a Pennymac a usar la información de su cheque para hacer una transferencia electrónica de fondos (EFT) única desde su cuenta, o a procesar el pago como una transacción con cheque. Cuando usamos la información de su cheque para hacer una EFT, los fondos se pueden retirar de su cuenta el mismo día en que Pennymac recibe su pago. Tenga en cuenta que su entidad financiera no le devolverá el cheque. Si los fondos se devuelven sin pagar, se puede aplicar un cargo por servicio de devolución a su préstamo, ya sea que se procese su pago como un cheque o como una EFT, según lo permita la ley aplicable.*

De conformidad con la Ley de Prácticas Justas en el Cobro de Deudas (Fair Debt Collection Practices Act), 15 U.S.C. sección 1692 y siguientes, se prohíbe a los cobradores de deudas participar en esfuerzos de cobro de deudas abusivos, engañosos e injustos, incluyendo, entre otros: (i) el uso o la amenaza de violencia; (ii) el uso de lenguaje obsceno o profano; y (iii) llamadas telefónicas repetidas con la intención de molestar, abusar o acosar.

**NEW YORK** - Si un acreedor o un cobrador de deudas recibe un fallo monetario en su contra en un tribunal, las leyes estatales y federales impiden que se tomen los siguientes tipos de ingresos para pagar la deuda: 1) Seguro de Ingreso Suplementario (Supplemental Security Income, SSI); 2) Seguro social; 3) Asistencia Social (welfare); 4) Manutención conyugal, mantenimiento (pensión alimenticia) o manutención infantil; 5) Beneficios de desempleo; 6) Beneficios de discapacidad; 7) Beneficios de compensación laboral; 8) Pensiones públicas o privadas; 9) Beneficios para veteranos; 10) Préstamo estudiantil federal, subsidios federales para estudiantes y fondos federales de estudio y trabajo; y 11) Noventa por ciento de su salario o sueldo ganado en los últimos sesenta días. Pennymac Loan Services, LLC está registrada con el Superintendente del Departamento de Servicios Financieros del Estado de Nueva York (Departamento). Puede obtener más información o presentar una queja llamando a la Unidad de Asistencia al Consumidor del Departamento al 1-800-342-3736 o visitando www.dfs.ny.gov.

**NORTH CAROLINA** - Con licencia de la Oficina del Comisionado de Bancos de Carolina del Norte. Las quejas relacionadas con la administración de su hipoteca se pueden presentar en la Oficina del Comisionado de Bancos, 316 W. Edenton Street, Raleigh, Carolina del Norte, 27603, (919) 733-3016. Con licencia del Departamento de Seguros de Carolina del Norte. Permiso no.° 119504607 - 6101 Condor Drive, Moorpark, CA 93021. Permiso no.° 119505929 - 14800 Trinity Blvd, Suite 100, Fort Worth, TX 76155. Permiso no.° 119506567 - 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361. Permiso no.° 119506570 - 5025 Plano Parkway, Suite 300, Carrollton, TX 75010. Permiso no.° 119507419 – 10845 Griffith Peak Drive, Suite 200A, Office 03-116 and 03-119, Las Vegas, NV 89135.

**OREGON** - Prestatarios: La División de Regulación Financiera de Oregón (Division of Financial Regulation, DFR) supervisa a los administradores de préstamos hipotecarios residenciales, que son responsables del servicio de los préstamos hipotecarios residenciales en relación con los bienes inmuebles ubicados en Oregón y las personas a las que se les exige una licencia para el servicio de préstamos hipotecarios residenciales en este estado. Si tiene alguna duda sobre su préstamo hipotecario residencial, póngase en contacto con un administrador de préstamos llamando al 800.777.4001. Para presentar una queja sobre la conducta ilegal de un licenciatario de Oregón o de una persona a la que se le exige una licencia de Oregón, llame al DFR al 888-877-4894 o visite dfr.oregon.gov.



Equal Housing Opportunity, Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200,Westlake Village,CA,91361, 818.224.7442. NMLS ID # 35953. Para obtener información sobre licencias, visite: (www.nmlsconsumeraccess.org). Licencia de Banquero Hipotecario de Arizona # 911088. Autorizado por el Departamento de Protección e Innovación Financiera en virtud de la Ley de Préstamos Hipotecarios Residenciales de California. Colorado: oficina de Colorado: 5500 South Quebec Street Suite 260,Greenwood Village,CO,80111, 877.215.2552. Licencia de Prestamista Hipotecario de Massachusetts # MC35953. Minnesota: esto no constituye una oferta para celebrar un contrato y una oferta sólo se puede realizar de acuerdo a la Ley §47.206 (3) y (4). Autorizado por el Departamento de Banca y Seguros de Nueva Jersey. Banquero Hipotecario con Licencia - Departamento de Servicios Financieros del Estado de Nueva York. Licencia de prestamista de Rhode Island # 20092600LL. Para obtener más información, visite PENNYMAC.COM/STATE-LICENSES. No todos los tipos de propiedad califican. Puede que algunos productos de préstamos no estén disponibles en todos los estados. La información, la elegibilidad del tipo de propiedad, las tasas y los precios están sujetos a cambios sin previo aviso a exclusivo criterio de Pennymac Loan Services, LLC. Pregunte a su agente de préstamos para obtener más detalles.Todos los programas de préstamo están sujetos a la debida satisfacción por parte de los prestatarios de las condiciones de emisión. Esto no constituye un compromiso de préstamo. Se aplican otras restricciones. La información que contiene esta comunicación se considera confidencial y de propiedad exclusiva y cualquier reproducción no autorizada está prohibida. © 2026 Pennymac Loan Services, LLC, Pennymac y todas las marcas relacionadas son marcas comerciales de Pennymac Loan Services, LLC y sus subsidiarias o afiliadas. Todos los derechos reservados.